Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia 
### Augusta Division

| | |
|---|---|
| Issac Ali Naji | Case No. CV123-0132 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| City Of Augusta, Richmond County Sheriff's Office, Officer Hood, Officer Mitchell and Sergeant Robertson | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Issac Ali Naji |
| All other names by which you have been known: | |
| ID Number | 2021-00005885 |
| Current Institution | Charles B. Webster Detention Center |
| Address | 1941 Phinizy Rd |
| | Augusta / Ga / 30906 |
| | *City / State / Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City Of Augusta |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | 535 Telfair st |
| | Augusta / Ga / 30901 |
| | *City / State / Zip Code* |

[✔] Individual capacity   [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Richmond County Sheriff's Office |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | City Of Augusta |
| Address | 1941 Phinizy rd |
| | Augusta / Ga / 30906 |
| | *City / State / Zip Code* |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 3
    Name: Officer Hood
    Job or Title (if known): Detention Officer
    Shield Number:
    Employer: Richmond County Sheriff's Office
    Address: 1941 Phinizy rd
    City: Augusta   State: Ga   Zip Code: 30906
    [ ] Individual capacity   [✓] Official capacity

Defendant No. 4
    Name: Officer Mitchell
    Job or Title (if known): Detention Officer
    Shield Number:
    Employer: Richmond County Sheriff's office
    Address: 1941 Phinizy rd
    City: Augusta   State: Ga   Zip Code: 30906
    [ ] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials

   First and Fourth Amendment of the Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If yo are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia. 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [✓] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
1. In and around September 15,2021, Defendent Hood, while working as officer for the Richmond County Sheriff's Office arrived at Plaintiff's cell MB4 in I-Pod.

2. Officer Hood was there to take Plaintiff to medical to have staples removed from head, due to prior physical attack

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On are around September 15,2021 at approximately 1200-1400 hours. On I-Pod medical and room M Charles B. Webster Detention Center 1941 Phinizy Rd Augusta, Ga 30906

United States District Court
For the
Southern District of Georgia
Augusta Division

Issac Ali Naji                                                                 Case  -

City of Richmond County, Richmond county Sheriff's Office,
Officer Hood, Officer Mitchell,
Sergeant Roberts

Statement of Claim Continued

3) During the visit, the Plaintiff requested to stop medical treatment and be returned to his cell.

4) As Plaintiff headed towards his cell Defendant Hood wrestled Plaintiff to the ground striking him several times in the head.

5) While in handcuffs Defendant Hood dragged Plaintiff to his cell MB4,

6) While still in handcuff Defendant Hood slammed Plaintiffs head into the wall several times, then Defendant Hood Placed Plaintiff in a choke hold until he was near unconsciousness

7) Defendant Hood then proceeded to throw Plaintiff into a restraint chain and left the Plaintiff there for several hours with no food or water and soiled in urine and feces.

8) Defendant Sergeant Roberts and Defendant MItchell both work as officers at the Richmond County Jail and failed to do anything to stop the mistreatment of plaintiff

C. What date and approximate time did the events giving rise to your claim(s) occur?

September 15,2021 at approximately 1200-1400 hours

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what. Was anyone else involved? Who else saw what happened?)*
While in medical on I-Pod Plaintiff requested to stop treatment and return to his cell. while enroute to cell MB4 Defendent Hood wrestled Plaintiff to the ground. While on the ground Defendent Hood slammed Plaintiffs head into the ground several times. While in handcuffs Plaintiff was dragged to his cell by Defendent Hood. While still in handcuffs Defendent Hood banged plaintiffs head into cell wall multipule time. While in handcuffs Defendent Hood placed Plaintiff in choke hold until Plaintiff was n unconcious. Defendent Hood then proceeded to place Plaintiff in restraints chair, where he was left f several hours in urine and feces and denied food and water. Defendent Robert and Defendent Mitch both working as officer at Richmond County Jail watch and failed to stop the attack. Medical staff an Inmates also witnessed that attack.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Planitiff has suffered and continues to suffer substantial future and past damages, severe emotional distress, humiliation, disfigurement, mental anguish, suffering and physical pain. Defendents offered Plaintiff No medic attention after attack,

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statute: If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed fo the acts alleged. Explain the basis for these claims.

a) Compensatory damages for all past and future economic losses and expenses incurred by the Plaintiff as a result of the Defendents misconduct.
b) General damages for all past and future physical pain, mental suffering, and emotional distress suffered by Planintiff;
c) Punitive damages to the full extent premitted by law; d) pre and post judgement intrest, e)Declare that the Defendants acts, taken in their official capacities, as alleged above, violate the First and Fourth Amendment t the United States Constitution; f) Declare that the Defendant's acts taken in their individual capacities, as alle above, violate the First and Fourth Amendment of the United States Constitution. g) Immediately terminate Defendant Hood, Defendant Mitchell and Sergeant Roberts.h) Cost incurred in this action and reasonable attorney fee under 42U.S 1983 i) other futher specific and general relief as may become apparent from disco\

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✔] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?
   I-Pod in Intake

2. What did you claim in your grievance?
   Plaintiff claimed that after refusing medical treatment Defendent Hood handcuffed Plaintiff beat, punched, chocked spit on and placed Plaintiff in restraint chair.

3. What was the result, if any?
   Internal affairs officer took plaintiff statement

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process*
   Plaintiff never recieved a decision or resolution

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/12/23

Signature of Plaintiff: Issac A Naji

Printed Name of Plaintiff: Issac Ali Naji

Prison Identification #: 2021-00005885

Prison Address: 1941 Phinizy rd

Augusta, Ga 30906
*City* *State* *Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

*City* *State* *Zip Code*

Telephone Number: _____
E-mail Address: _____

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, e provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court f purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Issac Ali Naji

### DEFENDANTS
City of Augusta, Richmond County Sheriff's Office, Hood, Officer Mitchell and Sergeant Roberts

**(b)** County of Residence of First Listed Plaintiff: **Richmond County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se Issac Ali Naji
1941 Phinizy rd Augusta, GA 30906

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF |
|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descript

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STAT**
- [ ] 375 False Claims
- [ ] 376 Qui Tam (31 3729(a))
- [ ] 400 State Reappo
- [ ] 410 Antitrust
- [ ] 430 Banks and Ba
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Inf Corrupt Orga
- [ ] 480 Consumer Cr (15 USC 168
- [ ] 485 Telephone Co Protection A
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Co Exchange
- [ ] 890 Other Statuto
- [ ] 891 Agricultural
- [ ] 893 Environment
- [ ] 895 Freedom of I Act
- [ ] 896 Arbitration
- [ ] 899 Administrativ Act/Review o Agency Decis
- [ ] 950 Constitutiona State Statutes

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [X] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Mult Litig Dire

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.Code 242, 42 U.S.C 1983

Brief description of cause:
Plaintiff was physically assaulted by Defendant Hood while incarcerated at the Richmond County Jail

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 2 million

CHECK YES only if demanded in com
JURY DEMAND: [ ] Yes

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD