IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ISSAC ALI NAJI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 123-132 |
| | ) |
| CITY OF AUGUSTA; RICHMOND | ) |
| COUNTY SHERIFF'S OFFICE; OFFICER | ) |
| HOOD; OFFICER MITCHELL; | ) |
| SERGEANT ROBERTSON; and | ) |
| SERGEANT ROBERTS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 12.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Sergeant Robertson, the City of Augusta, and Richmond County Sheriff's Office, along with all official capacity claims for monetary damages. The case shall proceed as described in the Magistrate Judge's October 19, 2023 Order. (See doc. no. 9.)

SO ORDERED this 20th day of December, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA