IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ISSAC ALI NAJI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 123-132 |
| MAJOR CHARLES MITCHELL; SERGEANT JERRY ROBERTS; and TERRENCE HOOD, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** the motion for summary judgment, (doc. no. 27), and **DISMISSES** this case without prejudice under the conditions described in the Report and Recommendation, (doc. no. 32, pp. 4-6). The Court **DIRECTS** the Clerk to terminate all pending motions and deadlines and **CLOSE** this case.

SO ORDERED this 23rd day of August, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA