AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ISSAC ALI NAJI

   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 123-132

MAJOR CHARLES MITCHELL;
SERGEANT JERRY ROBERTS; and
TERRENCE HOOD

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 23, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion, Defendants' Motion for Summary Judgment is denied as moot, and Plaintiff's case is dismissed without prejudice. This case stands closed.

8/23/2024
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk